UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TLT CONSTRUCTION CORP.<br>    Plaintiff<br><br>v.<br><br>SEATING SOLUTIONS RI, INC.<br>    Defendants | )<br>)<br>)<br>)<br>)  CIVIL ACTION NO. 05-CV-10223-DPW<br>)<br>)<br>)<br>) |

**JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1**

Plaintiff, TLT Construction Corp. and Defendant, Seating Solutions RI, Inc. hereby submit the following Joint Statement pursuant to the Court's Notice under date of February 23, 2005 and Local Rule 16.1(D) in connection with the initial scheduling conference to be held before the Court on April 7, 2005:

I.    JOINT PROPOSED AGENDA

The Parties propose that the Court address the following topics:

A.  Joint Discovery Plan.

The Parties propose that the discovery plan set forth in Section II below here be entered and adopted by the Court.

B.  Trial by Magistrate Judge/Alternative Dispute Resolution.

Plaintiff is amenable to both trial by Judge Magistrate and mediation through an ADR program sponsored by the Federal District Court.

C.  Each party has undertaken to file separately the certification required by Local Rule 16.1(D)3.

II.	JOINT PROPOSED DISCOVERY PLAN

The Parties propose the following discovery plan:

| A. Discovery Event | Discovery Completed |
|---|---|
| Written Discovery served | June 30, 2005 |
| Depositions | July 30, 2005 |
| Experts Designated (as needed) | August 30, 2005 |
| All Discovery completed | September 30, 2005 |
| Motions for Summary Judgment filed by | October 30, 2005 |

B. Discovery Event Limitations

The Parties agree that the number of discovery events shall be limited in accordance with Local Rule 26.1(C) based on the information available at this time. However, each party reserves the right to seek additional discovery as allowed by Rule.

| | |
|---|---|
| TLT CONSTRUCTION CORP. | SEATING SOLUTIONS RI, INC. |
| By their Attorneys, | By their Attorney, |
| | |
| s/ Patrick J. Sullivan | s/Terry Klein |
| Patrick J. Sullivan, Esq., BBO# 548752 | Terry Klein, Esq., BBO# 652052 |
| James G. Grillo, Esq., BBO# 638730 | Law Office of Terry Klein |
| Heafitz & Sullivan | 1558 Dorchester Avenue |
| 56 Chestnut Hill Avenue | Dorchester, MA 02122 |
| Boston, MA 02135 | (617) 507-6454 |
| (617) 562-1000 | email: tklein@lawtk.com |
| email: info@hsconstructionlaw.com | |
| Date: 4/01/05 | Date: 3/31/05 |

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| TLT CONSTRUCTION CORP.<br>    Plaintiff<br><br>v.<br><br>SEATING SOLUTIONS RI, INC.<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO. 05-CV-10223-DPW |

**STATEMENT OF CONFERRING PURSUANT TO LOCAL RULE 16.1 (D)(3)**

This statement certifies that Attorney Patrick J. Sullivan, counsel for Plaintiff, TLT Construction Corp., and Mr. Thomas V. Kostinden, President and authorized representative for Plaintiff, have conferred pursuant to Local Rule 16.1 (D)(3):

(a) with a view to establishing a budget for the costs of conducting the full course and various alternative courses of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlines in Local Rule 16.4.

                                                TLT CONSTRUCTION CORP.
                                                By its Attorneys,

                                                s/ Patrick J. Sullivan
                                                Patrick J. Sullivan, Esq.,  BBO# 548752
                                                James G. Grillo, Esq., BBO# 638730
                                                Heafitz & Sullivan
                                                56 Chestnut Hill Avenue
                                                Boston, MA 02135
                                                (617) 562-1000

s/ Thomas V. Kostinden
Thomas V. Kostinden,
President of TLT Construction Corp.