UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TLT CONSTRUCTION CORP., </br></br> Plaintiff, </br></br> v. </br></br> SEATING SOLUTIONS RI, INC., </br></br> Defendant. | CIVIL ACTION </br> NO. 05-10223-DPW |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3, defendant, RI Inc. d/b/a Seating Solutions, states that it has no parent corporation and no publicly held corporation owns ten percent or more of its stock.

Respectfully submitted,

RI INC. d/b/a SEATING SOLUTIONS

*[signature]*
Scott Suprina

Dated: March 30, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorneys of record for each other party by ~~hand~~ mail on April 1, 2005.

*[signature]*
Terry Klein