UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TLT CONSTRUCTION CORP., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SEATING SOLUTIONS RI, INC., )<br>)<br>Defendant. )<br>) | CIVIL ACTION<br>NO. 05-10223-DPW |

### LOCAL RULE 16.1(D) CERTIFICATION

Pursuant to Local Rule 16.1, defendant, RI Inc. d/b/a Seating Solutions and its attorney, Terry Klein, hereby state that they have conferred (i) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – for the litigation; and (ii) to consider the resolution of the litigation through the use of alternative dispute resolution such as those outlined in Local Rule 16.4.

Respectfully submitted,

RI INC. d/b/a SEATING SOLUTIONS

By its attorney,

THE LAW OFFICE OF TERRY KLEIN
Terry Klein, BBO# 652052
1558 Dorchester Avenue, Ste. 202
Dorchester, Massachusetts 02122
Telephone: (617) 825-8175
Facsimile: (617) 507-6454

RI Inc. d/b/a Seating Solutions
Scott Suprina

-2-

Dated: April 1, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorneys of record for each other party by first class mail on April 1, 2005.

_____
Terry Klein