UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TLT CONSTRUCTION CORP
    Plaintiff,

v.                                 CIVIL ACTION
                                    NO. 05-10223-DPW

SEATING SOLUTIONS RI, INC.
    Defendant,

## ORDER OF RE-ASSIGNMENT TO MAGISTRATE JUDGE

WOODLOCK, D.J.

At a conference APRIL 7, 2005, the parties orally advised this Court that they consent to re-assignment of this case for all purposes. Accordingly, the above captioned case is hereby ORDERED re-assigned to Magistrate Judge Leo T. Sorokin for all pretrial, trial, and post trial proceedings pursuant to 28 U.S.C. §636(c). The parties have completed and executed the "Consent to Jurisdiction by a United States Magistrate Judge" form. From this date forward the case number on all pleadings should be followed by the initials <u>LTS</u>.

                                              By the Court,

                                              /s/ Michelle Rynne
DATED: April 15, 2005                        Deputy Clerk