UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TLT CONSTRUCTION CORP., <br><br> Plaintiff, <br><br> v. <br><br> SEATING SOLUTIONS RI, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) CIVIL ACTION <br> NO. 05-10223-LTS |

### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56(c), RI, Inc., d/b/a Seating Solutions ("Seating Solutions"), erroneously sued herein as "Seating Solutions RI, Inc.," moves for summary judgment because it never entered into a contract with the plaintiff, TLT Construction Corp. ("TLT" or "Plaintiff"), and TLT has suffered no reliance damages. As further grounds for this motion, Seating Solutions relies upon the Joint Statement of Facts and memorandum of law submitted herewith.

WHEREFORE Seating Solutions respectfully requests that the Court grant its motion for summary judgment as there are no disputed issues of material fact and Seating Solutions is entitled to judgment as a matter of law.

Dated: July 1, 2005

RI, INC. d/b/a SEATING SOLUTIONS

By its attorney,

/s/ Terry Klein
THE LAW OFFICE OF TERRY KLEIN
Terry Klein, BBO# 652052
1558 Dorchester Avenue, Ste. 202
Dorchester, Massachusetts 02122
Telephone: (617) 825-8175
Facsimile: (617) 507-6454

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

I hereby certify I have conferred with opposing counsel and have attempted in good faith to resolve or narrow the issues raised by this motion.

_____
Terry Klein

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorneys of record for each other party by first class mail on July 1, 2005.

_____
Terry Klein