UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| TLT CONSTRUCTION CORP.<br>　　　Plaintiff<br><br>v.<br><br>SEATING SOLUTIONS RI, INC.<br>　　　Defendants | )<br>)<br>)<br>)<br>)　　CIVIL ACTION NO. 05-CV-10223-DPW<br>)<br>)<br>)<br>) |

**JOINT MOTION OF THE PARTIES TO CORRECT A MISNOMER OF THE DEFENDANT IN THIS ACTION**

　　　Now comes the Parties and hereby request pursuant to Fed.R.Civ.P. 15 that this Honorable Court change the name of the Defendant from "Seating Solutions RI, Inc.", as identified by TLT in its Complaint and in the Court's Docket, to "RI, Inc., d/b/a Seating Solutions", as this is the correct name of the Defendant business entity.  In support hereof, TLT states that it has learned through documents produced by the Defendant that TLT's original designation of the Defendant was incorrect and the Parties now seek to remedy this error at this time.  No harm or prejudice will result from the accommodation of the relief requested herein.

　　　WHEREFORE, the Parties request that this Honorable Court grant its Motion and correct the docket to reflect the proper name of the Defendant to be "RI, Inc., d/b/a Seating Solutions" nunc pro tunc.

| TLT CONSTRUCTION CORP.<br>By their Attorneys, | SEATING SOLUTIONS RI, INC.<br>By their Attorney, |
|---|---|
| s/ Patrick J. Sullivan<br>Patrick J. Sullivan, Esq.,  BBO# 548752<br>James G. Grillo, Esq., BBO# 638730<br>Heafitz & Sullivan<br>56 Chestnut Hill Avenue<br>Boston, MA 02135<br>(617) 562-1000<br>email: info@hsconstructionlaw.com<br>Date: 8-1-05 | s/Terry Klein<br>Terry Klein, Esq., BBO# 652052<br>Law Office of Terry Klein<br>1558 Dorchester Avenue<br>Dorchester, MA 02122<br>(617) 507-6454<br>email: tklein@lawtk.com<br><br>Date: 8-1-05 |