UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TLT CONSTRUCTION CORP.

V.

SEATING SOLUTIONS RI, INC.

       Defendant

CIVIL/CRIMINAL

CASE NO. 05-10223LTS

## NOTICE OF HEARING ON MOTION

SOROKIN, M.J.

PLEASE TAKE NOTICE that the above-entitled case has been set for a hearing on the following motions:

    #11    Motion for Summary Judgment by Seating Solutions, RI Inc.

    #14    Cross Motion for Summary Judgment by TLT Construction, Corp.

This hearing will be held on AUGUST 15TH at 2:00PM before <u>Magistrate Judge Leo T. Sorokin</u> in <u>Courtroom # 14</u> on the <u>5th</u> floor.

                                                   Sarah Ann Thornton,
                                                   CLERK OF COURT

                                        By:    <u>/s/ Maria Simeone</u>

Date: <u>August 3, 2005</u>                                   Courtroom Deputy

Notice mailed to: e-filed/all counsel

**(notice of hearing.wpd - 7/99)** **[kntchrgcnf.]**
**[ntchrgcnf.]**