UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| TLT CONSTRUCTION CORP., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RI, INC. d/b/a SEATING SOLUTIONS, )<br>)<br>Defendant. )<br>) | CIVIL ACTION<br>NO. 05-10223-LTS |

## DEFENDANT'S MOTION TO STRIKE STATEMENTS MADE DURING SETTLEMENT NEGOTIATIONS

RI, Inc., d/b/a Seating Solutions ("Seating Solutions" or "Seating") moves to strike statements in the Affidavit of Thomas Kostinden, the President of the plaintiff, TLT Construction Corporation ("TLT" or "Plaintiff"), and in Plaintiff's Response to Proposed Joint Statement of Material Facts. In opposing Seating's summary judgment motion, TLT relies upon statements made by Seating Solutions during settlement negotiations. The Federal Rules of Evidence prohibit admission of this evidence. *See* Fed. R. Evid. 408 ("Evidence of conduct or statements made in compromise negotiations is . . . not admissible.").

WHEREFORE Seating Solutions respectfully requests that the Court strike Scott Suprina's letter of January 27, 2005 and all references thereto in the summary judgment record.

Dated: August 4, 2005

                              RI, INC. d/b/a SEATING SOLUTIONS

                              By its attorney,

                              _____/s/_____Terry Klein_____
                              THE LAW OFFICE OF TERRY KLEIN
                              Terry Klein, BBO# 652052
                              1558 Dorchester Avenue, Ste. 202
                              Dorchester, Massachusetts 02122
                              Telephone: (617) 825-8175
                              Facsimile: (617) 507-6454

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

     I hereby certify I have conferred with opposing counsel and have attempted in good faith to resolve or narrow the issues raised by this motion.

                              _____/s/_____Terry Klein_____

## CERTIFICATE OF SERVICE

     I hereby certify that a true copy of the above document was served upon the attorneys of record for each other party by first class mail on August 4, 2005.

                              _____/s/_____Terry Klein_____