UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| TLT CONSTRUCTION CORP., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RI, INC. d/b/a SEATING SOLUTIONS )<br>)<br>Defendant. )<br>) | CIVIL ACTION<br>NO. 05-10223-LTS |

**JOINT MOTION TO RESCHEDULE SUMMARY JUDGMENT HEARING**

RI, Inc., d/b/a Seating Solutions and TLT Construction Corp. jointly request that the summary judgment motion hearing scheduled to take place on **Tuesday, August 16, 2005** at 2:00 p.m., be rescheduled for **Monday, August 15, 2005** at 2:00 p.m.

Dated:  August 5, 2005                                                            Respectfully submitted,

TLT CONSTRUCTION CORPORATION                    RI, INC. d/b/a SEATING SOLUTIONS

By its attorneys,                                                                 By its attorney,


  /s/                                 Patrick J. Sullivan          /s/                                     Terry Klein
HEAFITZ & SULLIVAN, LLP                                  THE LAW OFFICE OF TERRY KLEIN
Patrick J. Sullivan, Esq., BBO# 548752                 Terry Klein, BBO# 652052
56 Chestnut Hill Avenue                                         1558 Dorchester Avenue, Ste. 202
Boston, Massachusetts  02135                              Dorchester, Massachusetts  02122
Telephone: (617) 562-1000                                    Telephone: (617) 825-8175
Facsimile: (617) 562-0069                                     Facsimile: (617) 507-6454