UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| TLT CONSTRUCTION CORP., )<br>)<br>             Plaintiff, )<br>)<br>v. )<br>)<br>RI, INC., D/B/A/ SEATING SOLUTIONS )<br>)<br>             Defendant. )<br>) | CIVIL ACTION<br>NO. 05-10223-LTS |

**PLAINTIFF'S SECOND REPLY MEMORANDUM IN SUPPORT OF ITS CROSS-MOTION FOR SUMMARY JUDGMENT WITH RESPECT TO CASE LAW CITED BY DEFENDANT AT ORAL ARGUMENT**

TLT Construction Corp. ("TLT") hereby submits the following memorandum in response to certain case law raised by RI, Inc., d/b/a Seating Solutions ("Seating") at oral argument. In sum, the underlying facts in Lizza & Sons, Inc. v. D'Onfro, 282 F.2d 175 (1960) are sufficiently different from the facts established at bar such to make Lizza & Sons, Inc. inapplicable to this matter.

In Lizza & Sons, Inc., the general contractor and subcontract each marked up and exchanged several draft contracts over a period of time and the Court expressly found that neither had ever manifested any assent to the changes raised by the other. 282 F.2d at 177. Specifically, the final draft exchanged, though executed by both parties, was only executed by the general contractor AFTER it had made additional changes to which the subcontractor had never agreed. Id. Accordingly, the Court found that "since [the parties] never manifested assent to any agreement there was to contract". Id. at 178. Here, in contrast, the undisputed record and Affidavit of Thomas V. Kostinden filed by TLT in connection therewith clearly establishes that TLT has only sought to hold Seating to terms which Seating itself specifically agreed to when it

1

executed the contracts in July of 2004. See Kostinden Aff., ¶4-15 and e.g. Exhibits 14, 15, 16, 16b, 17, 20, 21, 23, 24, 26, 34 and 37. Accordingly, the holding in <u>Lizza & Sons, Inc.</u>, is of no moment to the disposition of this matter.

## **CONCLUSION**

Wherefore, TLT requests that the court decide this case on the undisputed verified record before it and grant TLT's cross-motion for summary judgment.

TLT CONSTRUCTION CORP.,
By its Attorneys,

Dated: __08-19-05__

s/ Patrick J. Sullivan
Patrick J. Sullivan, Esq., BBO# 548752
James G. Grillo, Esq., BBO# 638730
HEAFITZ & SULLIVAN
56 Chestnut Hill Avenue
Boston, MA 02135
(617) 562-1000