UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| TLT CONSTRUCTION CORP., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CIVIL ACTION NO. 05-10223-LTS |
| RI, INC. d/b/a SEATING SOLUTIONS, | ) ) ) | |
| Defendant. | ) ) | |

### MOTION FOR PARTIAL SUMMARY JUDGMENT ON CHAPTER 93A CLAIM

Pursuant to Fed. R. Civ. P. 56, Seating Solutions moves for partial summary judgment. Seating requests that the Court find that the undisputed material facts reveal that Seating has met its burden of proving that the actions and transactions supporting the plaintiff's Mass. Gen. Law ch. 93A, § 11 claim occurred primarily and substantially outside Massachusetts. As further grounds for its motion, Seating relies upon the affidavit and memorandum submitted herewith.

WHEREFORE, Seating Solutions respectfully requests that the Court grant its motion for partial summary judgment and order such other relief as it deems proper under the circumstances.

Respectfully Submitted,

RI Inc. d/b/a SEATING SOLUTIONS

By its attorney,

   /s/              Terry Klein
HENSHON PARKER VYADRO, P.C.
Terry Klein, BBO# 652052
84 State Street, Suite 760
Boston, Massachusetts 02109
Telephone: (617) 367-1800
Facsimile: (617) 507-6454

Dated: February 28, 2006

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

      I hereby certify I conferred with opposing counsel on February 28, 2006 and attempted in good faith to resolve or narrow the issues raised by this motion.

                                          /s/                             Terry Klein

### CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on or before February 28, 2006.

                                          /s/                             Terry Klein