UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| TLT CONSTRUCTION CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION |
| | ) | NO. 05-10223-LTS |
| RI INC. d/b/a SEATING SOLUTIONS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### AFFIDAVIT OF MARC LIGATOR

I, Marc Ligator, do hereby depose and swear as follows:

1.    My name is Randy M. Ligator and I have personal knowledge of the facts stated in this affidavit.

2.    I am an employee of RI, Inc., which does business as Seating Solutions. I was personally involved in the negotiations with TLT Construction Corp. that are at issue in this case and am the person at Seating Solutions with the most knowledge concerning those negotiations.

3.    From early 2004 to January of 2005, Seating Solutions communicated with TLT regarding two Massachusetts construction projects.

4.    Seating Solutions personnel engaged in these communications from Hauppauge, New York.

5.    No Seating Solutions employee has ever met in person with any employee of TLT.

6.    No Seating Solutions employee traveled to Massachusetts in connection with these projects or the negotiations with TLT.

7.    Seating Solutions has worked on other construction and installation projects, both public and private, in Massachusetts.

Duly sworn under the pains and penalties of perjury

R. Marc Ligator

Dated: _2-24-06_