AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

### DISTRICT OF                MASSACHUSETTS

| TLT CONSTRUCTION | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| SEATING SOLUTIONS, INC. | Case Number:  1:05-10223LTS |

| PRESIDING JUDGE | | | PLAINTIFF'S ATTORNEY | | DEFENDANT'S ATTORNEY |
|---|---|---|---|---|---|
| JUDGE SOROKIN | | | P.SULLIVAN | | T. KLEIN |
| TRIAL DATE (S) | | | COURT REPORTER | | COURTROOM DEPUTY |
| 5/8/06 | | | | | M.S |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| A | | 5/8/06 | | X | Thomas Kostinden, President TLT Construction |
| B | | | | X | Matt Henry - Purchaser -TLT Construction |
| | C | | | X | Randy Mark Ligator - Sales , Seating Solutions |
| | D | | | X | Scott Suprena, -president of Seating Solutions |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.