UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TLT CONSTRUCTION CORP.,<br><br>Plaintiff,<br><br>v.<br><br>RI, INC., d/b/a SEATING SOLUTIONS,<br><br>Defendant. | CIVIL ACTION<br>NO. 05-10223-LTS |

**(Proposed)**
**FINAL JUDGMENT**

This matter having been heard by the Court at a bench trial conducted on May 8, 2006, and the Court having reviewed and considered the testimony, exhibits and matters raised by the Parties, and the Court having issued a Memorandum of Decision on Trial on June 2, 2006:

It is hereby ORDERED AND ADJUDGED as follows:

1. That final Judgment enter in favor of the Plaintiff, TLT Construction Corp. and against the Defendant, RI, Inc., d/b/a Seating Solutions on Count I of the Complaint, in the amount of $34,160.00, with interest at 12% per anum to be added by the Clerk of the Court per M.G.L. c. 231, §6C from the date that the Complaint was filed, together with costs in the amount of $200.00.

2. Counts II and III of the Complaint are hereby resolved as moot.

3. That final Judgment enter denying Plaintiff, TLT Construction Corp.'s claims pursuant to Count IV of the Complaint.

Dated: _____                        _____
                                          Hon. Leo T. Sorokin,
                                          Magistrate Judge

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| TLT CONSTRUCTION CORP.<br>　　Plaintiff<br><br>v.<br><br>RI, INC. d/b/a SEATING SOLUTIONS,<br>　　Defendants | )<br>)<br>)<br>)<br>)　CIVIL ACTION NO. 05-CV-10223-DPW<br>)<br>)<br>)<br>) |

**APPLICATION FOR ASSESSMENT OF COSTS PURSUANT TO RULE 54(d) and (e)**

　　1.　The following is an itemized list of the costs which Plaintiff incurred in pursuing this matter through trial and Judgment:

　　　　1.　Filing Fee for the Complaint　　　　　　　　　$200.00

　　2.　Attached hereto as Tab 1 is a true and accurate copy of the cancelled check evidencing Plaintiff's payment of costs in the amount of $200 to the Malden District Court at the start of this litigation. In this regard, while this matter was commenced in state court, the Defendant opted to remove same to Federal Court based on diversity jurisdiction in advance of filing an answer and accordingly, substantially all of the litigation occurred before this Court.

　　4.　The costs as itemized are fair and reasonable to their respective tasks and all were necessary in commencing the litigation and/or preparing for and conducting the trial of this matter before the Court.

**Conclusion**

　　Plaintiff's application for assessment of costs in the amount of $200.00 should be allowed.

1

2

                TLT CONSTRUCTION CORP.
                By its Attorneys,

Date: __6-21-06__            s/ Patrick J. Sullivan
                Patrick J. Sullivan, Esq., BBO No. 548752
                James G. Grillo, Esq., BBO# 638730
                HEAFITZ & SULLIVAN, LLP
                56 Chestnut Hill Avenue
                Boston, MA 02135
                (617) 562-1000

Tab 1

HEAFITZ & SULLIVAN LLP
ATTORNEYS AT LAW
56 CHESTNUT HILL AVENUE
BOSTON, MA 02135

5-7017/2110
1900

DATE 6/28/04
PAY TO THE ORDER OF Middlesex District Court
THE SUM 200 DOLLARS 00 CTS
$ 200.00

CHECK NUMBER 1900
DESCRIPTION un

CITIZENS BANK  MASSACHUSETTS

HEAFITZ & SULLIVAN LLP
AUTHORIZED SIGNATURE