UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
 TLT CONSTRUCTION CORP.,           )
                                   )
        Plaintiff,                 )
                                   )
    v.                             )     CIVIL ACTION
                                   )     NO. 05-10223-LTS
 RI, INC., d/b/a SEATING SOLUTIONS,)
                                   )
        Defendant.                 )
_____)
```

## FINAL JUDGMENT

SOROKIN, USMJ

This matter having been heard by the Court at a bench trial conducted on May 8, 2006, and the Court having reviewed and considered the testimony, exhibits and matters raised by the Parties, and the Court having issued a Memorandum of Decision on Trial on June 2, 2006:

It is hereby ORDERED AND ADJUDGED as follows:

1. That final Judgment enter in favor of the Plaintiff, TLT Construction Corp. and against the Defendant, RI, Inc., d/b/a Seating Solutions on Count I of the Complaint, in the amount of $34,160.00, with interest at 12% per annum to be added by the Clerk of the Court per M.G.L. c. 231, §6C from the date that the Complaint was filed to the date this Judgment enters, together with costs in the amount of $200.00.

2. Counts II and III of the Complaint are hereby resolved as moot.

      3. That final Judgment enter denying Plaintiff, TLT Construction Corp.'s claims pursuant to Count IV of the Complaint.

                                                  /s/ Leo T. Sorokin
                                                  Leo T. Sorokin
                                                  United States Magistrate Judge

Date: June 27, 2006