UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TLT CONSTRUCTION CORP., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RI, INC. d/b/a SEATING SOLUTIONS, )<br>)<br>Defendant. )<br>) | CIVIL ACTION<br>NO. 05-10223-LTS |

## NOTICE OF APPEAL

Notice is hereby given that defendant, RI, Inc., d/b/a Seating Solutions, in the above-named case hereby appeals to the United States Court of Appeals for the First Circuit from the final judgment on Count I of the Complaint, both as to the existence of a binding contract and the amount of damages, entered in this action on 27th day of June, 2006.

                                                Respectfully Submitted,

                                                RI Inc. d/b/a SEATING SOLUTIONS

                                                By its attorney,

                                                   /s/                Terry Klein
                                                HENSHON PARKER VYADRO, P.C.
                                                Terry Klein, BBO# 652052
                                                84 State Street, Suite 760
                                                Boston, Massachusetts  02109
                                                Telephone: (617) 367-1800
                                                Facsimile: (617) 507-6454

Dated: July 21, 2006

2

CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on or before July 21, 2006.

                                            /s/                    Terry Klein