**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

---

USDC Docket Number : 05-cv-10223

TLT Construction Corp.,

v.

RI, Inc.

---

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-5, 7-15, 17-44 & Trial Exhibit Book

and contained in Volume(s) I-II are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 7/21/2006.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on August 14, 2006.

Sarah A Thornton, Clerk of Court

By: _____
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 8/16/06.

_____
Deputy Clerk, US Court of Appeals

---

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06

APPEAL

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:05-cv-10223-LTS

TLT Construction Corp. v. Seating Solutions RI, Inc.,
Assigned to: Magistrate Judge Leo T. Sorokin
Demand: $250,000
Cause: 28:1332 Diversity-Other Contract

Date Filed: 02/04/2005
Jury Demand: None
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

**Plaintiff**

**TLT Construction Corp.** represented by **Patrick J. Sullivan**
Heafitz & Sullivan
56 Chestnut Hill Avenue
Brighton, MA 02135
617-562-1000
Fax: 617-562-0069
Email: Patrick@hsconstructionlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James G. Grillo**
Heafitz & Sullivan
56 Chestnut Hill Avenue
Boston, MA 02135-1677
617-562-1000
Fax: 617-562-0069
Email: james@hsconstructionlaw.com
*ATTORNEY TO BE NOTICED*

**Terry Klein**
Henshon Parker Vyadro, P.C.
84 State St.
Suite 760
Boston, MA 02109
US
617-367-1800
Fax: 617-507-6454

Email: tklein@hpvpc.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Seating Solutions RI, Inc.,**            represented by **Terry Klein**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/03/2005 | 1 | NOTICE OF REMOVAL by Seating Solutions RI, Inc., from Malden District Court, case number 04-50-cv-1550. $ 150, receipt number 61828, filed by Seating Solutions RI, Inc.,. (Attachments: # 1 exhibit A# 2 Cover Sheet)(Nici, Richard) (Entered: 02/04/2005) |
| 02/03/2005 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge New Judge. (Nici, Richard) (Entered: 02/04/2005) |
| 02/10/2005 | 2 | ANSWER to Complaint by TLT Construction Corp..(Nici, Richard) (Entered: 02/15/2005) |
| 02/14/2005 | 3 | STATE COURT Record. (Nici, Richard) (Entered: 02/17/2005) |
| 02/23/2005 | 4 | NOTICE of Scheduling Conference: Scheduling Conference set for 4/7/2005 02:30 PM in Courtroom 1 before Judge Douglas P. Woodlock. (Rynne, Michelle) (Entered: 02/23/2005) |
| 04/01/2005 | 5 | JOINT STATEMENT re scheduling conference. (Attachments: # 1 Affidavit Statement of Confering per LR 16.1(D)3)(Grillo, James) (Entered: 04/01/2005) |
| 04/01/2005 | 6 | CORPORATE DISCLOSURE STATEMENT by Seating Solutions RI, Inc.,. (Klein, Terry) (Entered: 04/01/2005) |
| 04/01/2005 | 7 | CERTIFICATE OF CONSULTATION *Rule 16.1 Statement* by Terry Klein on behalf of Seating Solutions RI, Inc.,. (Klein, Terry) (Entered: 04/01/2005) |

| | | |
|---|---|---|
| 04/07/2005 | | Electronic Clerk's Notes for proceedings held before Judge Douglas P. Woodlock : Scheduling Conference held on 4/7/2005. Schedule set: fact discovery by 7/30/05; expert disclosure by 8/30/05; expert depositions by 9/30/05; dispositive motions by 10/30/05; Parties consent to referral to Magistrate Judge. (Court Reporter Pam Owens.) (Rynne, Michelle) (Entered: 04/07/2005) |
| 04/07/2005 | 10 | CONSENT to Jurisdiction by US Magistrate Judge by TLT Construction Corp., Seating Solutions RI, Inc. (Rynne, Michelle) (Entered: 04/15/2005) |
| 04/15/2005 | 8 | Judge Douglas P. Woodlock : ORDER entered. SCHEDULING ORDER: Discovery due by 7/30/2005. Motions due by 10/30/2005.(Rynne, Michelle) (Entered: 04/15/2005) |
| 04/15/2005 | 9 | Judge Douglas P. Woodlock : ORDER entered. REFERRING CASE to Magistrate Judge Leo T. Sorokin. Referred in accordance with 28 USC 636(c) and the consent of the parties. (Rynne, Michelle) (Entered: 04/15/2005) |
| 04/21/2005 | | PLEASE NOTE: The Court has scheduled a status conference to review the status of the case.The Status Conference has been set for 5/9/2005 02:00 PM in Courtroom 14 on the fifth floor before Magistrate Judge Leo T. Sorokin. (Simeone, Maria) (Entered: 04/21/2005) |
| 05/09/2005 | | Electronic Clerk's Notes for proceedings held before Magistrate Judge Leo T. Sorokin : Status Conference held on 5/9/2005. Counsel state status of the case. Counsel state they will try to coordinate a stipulated set of facts and submit Summary Judgement motions. The Court sets the summary judgment schedule as follows:defts S/J Motions due by 7/1/2005. Pltfs response to S/J motions by 7/22/05; defts short reply due by 7/29/05; Pltfs sur-reply due by 8/5/05; A further Status Conference has been set for 9/13/2005 03:45 PM in Courtroom 14 before Magistrate Judge Leo T. Sorokin. (Court Reporter digital.) (Simeone, Maria) (Entered: 05/09/2005) |
| 07/01/2005 | 11 | MOTION for Summary Judgment by Seating Solutions RI, Inc., (Simeone, Maria) (Entered: 07/12/2005) |
| 07/01/2005 | 12 | MEMORANDUM in Support re 11 MOTION for Summary Judgment filed by Seating Solutions RI, Inc.,. (Simeone, Maria) (Entered: 07/12/2005) |

| | | |
|---|---|---|
| 07/01/2005 | 13 | Proposed Joint STATEMENT of material facts re 11 MOTION for Summary Judgment.; This document can not be scanned due to the size. (Simeone, Maria) (Entered: 07/12/2005) |
| 07/25/2005 | 14 | CROSS MOTION for Summary Judgment by TLT Construction Corp..(Simeone, Maria) (Entered: 07/25/2005) |
| 07/25/2005 | 15 | MEMORANDUM in Opposition to deft 11 MOTION for Summary Judgment and memorandum in support of its cross motion for Summary Judgment filed by TLT Construction Corp.. (Simeone, Maria) (Entered: 07/25/2005) |
| 07/25/2005 | 16 | AFFIDAVIT of Thomas Kostindan in Support re 14 MOTION for Summary Judgment, 15 Memorandum in Opposition to Motion. (Simeone, Maria) (Entered: 07/25/2005) |
| 07/25/2005 | 17 | Response by TLT Construction Corp. to 13 proposed Statement of facts. (Simeone, Maria) (Entered: 07/25/2005) |
| 07/28/2005 | 18 | Opposition re 14 MOTION for Summary Judgment, 11 MOTION for Summary Judgment filed by Seating Solutions RI, Inc.,. (Klein, Terry) (Entered: 07/28/2005) |
| 07/28/2005 | 19 | Response by Seating Solutions RI, Inc., to 17 Response *to Proposed Joint Statement of Facts*. (Klein, Terry) (Entered: 07/28/2005) |
| 08/01/2005 | 20 | Joint MOTION to Correct *a Misnomer of the Defendant in this Action* by TLT Construction Corp..(Grillo, James) (Entered: 08/01/2005) |
| 08/02/2005 | | Magistrate Judge Leo T. Sorokin : Electronic ORDER entered granting 20 Motion to Correct a Misnomer of the deft. (Simeone, Maria) (Entered: 08/02/2005) |
| 08/03/2005 | 21 | NOTICE of Hearing on 11 MOTION for Summary Judgment and 14 MOTION for Summary Judgment:The Motion Hearing has been set for 8/16/2005 02:00 PM in Courtroom 14 before Magistrate Judge Leo T. Sorokin. (Simeone, Maria) (Entered: 08/03/2005) |
| 08/04/2005 | 22 | MOTION to Strike *Statements Made during Settlement Negotiations* by Seating Solutions RI, Inc.,.(Klein, Terry) (Entered: 08/04/2005) |
| 08/04/2005 | 23 | MEMORANDUM in Support re 22 MOTION to Strike *Statements Made during Settlement Negotiations* filed by TLT |

| | | |
|---|---|---|
| | | Construction Corp.. (Klein, Terry) (Entered: 08/04/2005) |
| 08/05/2005 | 24 | SUR-REPLY to Motion re 14 MOTION for Summary Judgment, 11 MOTION for Summary Judgment filed by TLT Construction Corp.. (Grillo, James) (Entered: 08/05/2005) |
| 08/05/2005 | 25 | Joint MOTION to Continue *Summary Judgment Hearing* by TLT Construction Corp., Seating Solutions RI, Inc.,.(Klein, Terry) (Entered: 08/05/2005) |
| 08/08/2005 | | Magistrate Judge Leo T. Sorokin : Electronic ORDER entered granting 25 Motion to Continue the motion hearing to 8/15/05 @ 2:00pm (Simeone, Maria) (Entered: 08/08/2005) |
| 08/08/2005 | | ELECTRONIC NOTICE of Hearing on 11 MOTION for Summary Judgment, 14 MOTION for Summary Judgment:The Motion Hearing has been reset for 8/15/2005 02:00 PM in Courtroom 14 before Magistrate Judge Leo T. Sorokin. (Simeone, Maria) (Entered: 08/08/2005) |
| 08/09/2005 | 26 | Opposition re 22 MOTION to Strike *Statements Made during Settlement Negotiations* filed by TLT Construction Corp.. (Grillo, James) (Entered: 08/09/2005) |
| 08/16/2005 | | Electronic Clerk's Notes for proceedings held before Magistrate Judge Leo T. Sorokin : Motion Hearing held on 8/16/2005 re 14 MOTION for Summary Judgment filed by TLT Construction Corp., and 11 MOTION for Summary Judgment filed by Seating Solutions RI, Inc.: Both counsel state status of the case; Oral argument heard on motions; court takes motions under advisement (Court Reporter digital.) (Simeone, Maria) (Entered: 08/16/2005) |
| 08/19/2005 | 27 | Second REPLY to Response to Motion re 14 MOTION for Summary Judgment, 11 MOTION for Summary Judgment *with regard to case law cited by Defendant at Oral Argument* filed by TLT Construction Corp.. (Grillo, James) (Entered: 08/19/2005) |
| 09/09/2005 | | Electronic Notice CANCELLING Hearing. The status conference previously scheduled for 9/13/05 has been cancelled. The court currently has the motion for Summary Judgment under advisement. (Simeone, Maria) (Entered: 09/09/2005) |
| 12/28/2005 | 28 | Magistrate Judge Leo T. Sorokin : ORDER entered As I find that TLT and Seating did form a binding contract, I DENY |

| | | |
|---|---|---|
| | | Seating's Motion for Summary Judgment as to Counts I-III. (Docket. # 11), and for the reasons discussed above, I further DENY Seating's Motion as to Count IV, TLT's c.93A claim. TLT cross-moved for Summary Judgment on Counts I (breach of contract) and IV (c.93A). I ALLOW TLT's Motion as to Count I, but DENY the Motion as to Count IV. (Docket # 14). As noted above, the Motion to Strike (Docket #22) is DENIED as Moot. The parties are further ordered to appear on January 20, 2006 at 2:15 pm for a Status Conference to address the resolution of the remainder of the case. (Simeone, Maria) (Entered: 12/28/2005) |
| 12/28/2005 | | ELECTRONIC NOTICE of Hearing: Status Conference set for 1/20/2006 02:15 PM in Courtroom 14 before Magistrate Judge Leo T. Sorokin. (Simeone, Maria) (Entered: 12/28/2005) |
| 01/10/2006 | 29 | NOTICE issued regarding mandatory use of ECF in compliance with Local Rule 5.4. Failure to comply may result in the imposition of sanctions. (Simeone, Maria) (Entered: 01/10/2006) |
| 01/20/2006 | | ElectronicClerk's Notes for proceedings held before Magistrate Judge Leo T. Sorokin : Status Conference held on 1/20/2006. Counsel go over status of the case regarding 93A claim; Brief due 3/1/06 no more than 10 pages; response due 3/21/06; Bench Trial set for 5/8/2006 09:00 AM in Courtroom 14 before Magistrate Judge Leo T. Sorokin. Final Pretrial Conference set for 4/25/2006 02:00 PM in Courtroom 14 before Magistrate Judge Leo T. Sorokin. (Digital Recording #D.) (Simeone, Maria) (Entered: 01/24/2006) |
| 02/28/2006 | 30 | MOTION for Partial Summary Judgment by Seating Solutions RI, Inc.,.(Klein, Terry) (Entered: 02/28/2006) |
| 02/28/2006 | 31 | MEMORANDUM in Support re 30 MOTION for Partial Summary Judgment filed by Seating Solutions RI, Inc.,. (Klein, Terry) (Entered: 02/28/2006) |
| 02/28/2006 | 32 | AFFIDAVIT in Support *of Motion for Partial Summary Judgment*. (Klein, Terry) (Entered: 02/28/2006) |
| 03/21/2006 | 33 | Opposition re 30 MOTION for Partial Summary Judgment *on Plaintiff's C. 93A claim* filed by TLT Construction Corp.. (Grillo, James) (Entered: 03/21/2006) |
| 03/28/2006 | 34 | Magistrate Judge Leo T. Sorokin : MEMORANDUM AND |

| | | |
|---|---|---|
| | | ORDER; Defendant moves for Partial Summary Judgment on Plaintiff's claim under M.G.L. c.93A S 11 ( docket # 30). The Motion is DENIED.(Simeone, Maria) (Entered: 03/28/2006) |
| 04/20/2006 | 35 | PRETRIAL MEMORANDUM by TLT Construction Corp.. (Attachments: # 1 # 2 # 3 # 4 # 5)(Grillo, James) (Entered: 04/20/2006) |
| 04/25/2006 |  | ElectronicClerk's Notes for proceedings held before Magistrate Judge Leo T. Sorokin : Final Pretrial Conference held on 4/25/2006.; Court goes over issues with counsel and questions regarding trial; Court requests counsel file proposed findings of fact and rulings of law by Thursday 5/4/06; (Digital Recording #d.) (Simeone, Maria) (Entered: 04/25/2006) |
| 05/04/2006 | 36 | Proposed Findings of Fact by TLT Construction Corp.. (Grillo, James) (Entered: 05/04/2006) |
| 05/04/2006 | 37 | Proposed Findings of Fact by Seating Solutions RI, Inc.,. (Klein, Terry) (Entered: 05/04/2006) |
| 05/08/2006 |  | ElectronicClerk's Notes for proceedings held before Magistrate Judge Leo T. Sorokin : Bench Trial held on 5/8/2006.; Counsel make opening statements; Plaintiff puts 1st witness on the stand; witness sworn and examined by the pltf; deft cross examines the witness; pltf redirects; deft redirects; witness steps down; Pltf puts 2nd witness on the stand; witness sworn and examined by pltf; deft cross examines witness; witness steps down; pltf rests; Deft files motion for Judgement as a matter of law and begins argument on the motion; deft is seeking reconsideration of courts decision. Court states it will not rule at this time; Deft calls first witness; witness sworn and examined by defense; pltf cross examines witness; witness steps down; deft puts on 2nd witness; witness sworn and examined; Court recesses for lunch; court returns to session; witness is cross examined by pltfs counsel; defense redirects; witness steps down; defense renews it's motion for directed verdict and reconsideration; deft states closing argument; pltf states closing argument; Court takes the matter under advisement and takes a short recess; court returns with a decision; court denies the motion for reconsideration and finds in favor of the deft. A written decision to enter; (Court Reporter Cynthia Henderson.) (Simeone, Maria) (Entered: 05/09/2006) |
| | | |

| | | |
|---|---|---|
| 05/09/2006 | 38 | MOTION for Judgment as a Matter of Law by Seating Solutions RI, Inc.,.(Klein, Terry) (Entered: 05/09/2006) |
| 05/09/2006 | 39 | Witness List - Bench trial (Simeone, Maria) (Entered: 05/09/2006) |
| 06/02/2006 | 40 | Magistrate Judge Leo T. Sorokin : ORDER entered. MEMORANDUM OF DECISION ON TRIAL; For the foregoing reasons, I: 1) DENY Defendants' Motion to Reconsider the Court's Allowance of Summary Judgment for Plaintiff as to Count I (Breach of Contract) (Docket No. 38); (2) DENY Defendants' Motion to Reconsider the Court's Denial of Summary Judgment for Defendant as to Count IV (c.93A)(Docket No. 38); (3)FIND that contract damages under Count I are established as $34,160.00. (4) DENY Defendant's Motion for a Directed Verdict/ Judgment As a Matter of Law; and (5) FIND that Defendant did not violate M.G.L. c.93A. I further ORDER that JUDGMENT shall enter in favor of Plaintiff on Count I, in the amount of $34,160.00 and that JUDGMENT shall enter in favor of Defendant on Count IV (M.G.L. c.93A ?2, 11). The parties shall submit a proposed form of final Judgment by June 22, 2006. So Ordered. (Simeone, Maria) (Entered: 06/05/2006) |
| 06/05/2006 | 41 | TRANSCRIPT of Bench Trial held on May 8, 2006 before Judge Sorokin. Court Reporter: Cynthia C. Henderson. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 987-251-7203 or the Clerk's Office. (Scalfani, Deborah) (Entered: 06/05/2006) |
| 06/21/2006 | 42 | Proposed Document(s) submitted by TLT Construction Corp.. Document received: Joint Proposed Form of Judgment with Plaintiff's Application for Costs. (Attachments: # 1 Affidavit Plaintiff's Costs# 2 Exhibit Filing Fee)(Grillo, James) (Entered: 06/21/2006) |
| 06/27/2006 | 43 | Magistrate Judge Leo T. Sorokin : JUDGMENT ENTERED in favor of Plaintiff, TLT Construction against Seating Solutions (Simeone, Maria) (Entered: 06/27/2006) |
| 07/21/2006 | 44 | NOTICE OF APPEAL as to 43 Judgment by Seating Solutions RI, Inc.,. $ 455 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at |

| | | |
|---|---|---|
| | | http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 8/10/2006. (Klein, Terry) (Entered: 07/21/2006) |
| 08/09/2006 | 🌀 | Filing fee for Notice of appeal: $ 455, receipt number 73890 (Simeone, Maria) (Entered: 08/09/2006) |
| 08/09/2006 | 🌀 | Case no longer referred to Magistrate Judge Leo T. Sorokin. (Simeone, Maria) (Entered: 08/09/2006) |