The UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| TLT CONSTRUCTION CORP., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RI, INC., d/b/a SEATING SOLUTIONS, )<br>)<br>Defendant. )<br>) | CIVIL ACTION<br>NO. 05-10223-LTS |

**REQUEST FOR LEAVE TO FILE REPLY AND REPLY OF TLT CONSTRUCTION CORP. TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S REQUEST FOR REASONABLE SECURITY IN REGARD TO A JUDGMENT ENTERED**

Now comes TLT Construction Corp. ("TLT") in respect to the above referenced and, pursuant to Local Rule 7.1(B)3, hereby requests leave to submit the following brief Reply:

1. Defendant's revenues as alleged are not only unsubstantiated but moreover are entirely meaningless without reference to total assets, liabilities, actual profits, net worth, etc. Moreover, as Defendant could loose money going forward, pay its key insiders sufficient salary as well as bonuses to make the corporate shell effectively judgment proof, dissipate any equity in the business by any of various other transactions, convey its assets for whatever reason, have its key insiders elect to retire, stop working or determine to pursue other ventures for personal reasons, go out of business for any other myriad of reasons (health and/or disability of key insiders, general economic downturn, other more compelling but unrelated opportunities presented, desire to spend more time pursuing other personal interests or family matters, etc.) it can not be reasonably suggested that Defendant's "ability to pay the judgment is so plain that the cost of the bond would be a waste of money" as suggested by the Defendant in quotes pulled

from cases involving major publicly traded companies with long-standing track records such as West Publishing Corp. and/or Western Union Telephone Company as opposed to the Defendant in this matter who is a very small, closely held "Mom and Pop" start-up operation located out of state and with no known operations in the Commonwealth of Massachusetts or available assets known to TLT as would provide reasonable security in regard to a liability that has been liquidated to judgment.

## **CONCLUSION**

Plaintiff's motion should be allowed.

TLT CONSTRUCTION CORP.,
By its Attorney,

Dated: __9-8-06____

s/ Patrick J. Sullivan
Patrick J. Sullivan, Esq., BBO# 548752
HEAFITZ & SULLIVAN
56 Chestnut Hill Avenue
Boston, MA 02135
(617) 562-1000