# United States Court of Appeals
## For the First Circuit

No. 06-2214

TLT CONSTRUCTION CORP.,

Plaintiff, Appellee,

v.

RI, INC., d/b/a Seating Solutions,

Defendant, Appellant.

**JUDGMENT**

Entered: April 19, 2007

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's summary judgment order is reversed, and the matter is remanded to the district court with instructions that summary judgment be entered in favor of RI, Inc., d/b/a Seating Solutions. Each side to bear its own costs.

By the Court:

Richard Cushing Donovan, Clerk

[Certified copies to Hon. Leo T. Sorokin and Ms. Sarah Thornton, Clerk, United States District Court for the District of Massachusetts. Copies to Mr. Sullivan, Mr. Grillo & Mr. Klein.]