UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TLT CONSTRUCTION CORP., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RI, INC. d/b/a SEATING SOLUTIONS, ) <br> ) <br> Defendant. ) | CIVIL ACTION <br> NO. 05-10223-LTS |

**STIPULATION OF DISMISSAL**

Now come the parties and hereby stipulate that the above referenced action, including all claims and counterclaims, be dismissed with prejudice and without costs to any party, all rights of further appeal waived.

| | |
|---|---|
| TLT CONSTRUCTION CORPORATION <br> By its attorneys, | RI, INC. d/b/a SEATING SOLUTIONS <br> By its attorney, |
| /s/ James G. Grillo <br> Patrick J. Sullivan, Esq., BBO# 548752 <br> James G. Grillo, Esq., BBO# 638730 <br> HEAFITZ & SULLIVAN, LLP <br> 56 Chestnut Hill Avenue <br> Boston, Massachusetts 02135 <br> Telephone: (617) 562-1000 <br> Facsimile: (617) 562-0069 | /s/ Terry Klein <br> Terry Klein, Esq., BBO# 652052 <br> Henshon Parker Vyadro, P.C. <br> 84 State Street, Suite 760 <br> Boston, MA 02109 <br> Telephone: (617) 367-1800 <br> Facsimile: (617) 507-6454 |

Dated: May 14, 2007