UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TLT CONSTRUCTION CORP., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION |
| ) | NO. 05-10223-LTS |
| RI, INC. d/b/a SEATING SOLUTIONS, ) | |
| ) | |
| Defendant. ) | |

**<u>WITHDRAWAL OF MOTION FOR RELEASE OF FUNDS HELD IN LIEU OF BOND</u>**

The defendant, RI, Inc. d/b/a Seating Solutions ("Seating" or "Seating Solutions") hereby withdraws its Motion for Release of Funds Held in Lieu of Bond.

> Respectfully Submitted,
>
> RI Inc. d/b/a SEATING SOLUTIONS,
>
> By its attorney,
>
>    /s/                    Terry Klein
> HENSHON PARKER VYADRO, P.C.
> Terry Klein, BBO# 652052
> 84 State Street, Suite 760
> Boston, Massachusetts 02109
> Telephone: (617) 367-1800
> Facsimile: (617) 507-6454

Dated: May 14, 2007

2

CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on or before May 14, 2007.

                                              /s/                              Terry Klein