# United States Court of Appeals
## For the First Circuit

*Judge Sorokin*
*USDCMA*
*05-10223*

No. 06-2214

TLT CONSTRUCTION CORP.,

Plaintiff, Appellee,

v.

RI, INC., d/b/a Seating Solutions,

Defendant, Appellant.

---

**JUDGMENT**

Entered: April 19, 2007

FILED IN CLERK'S OFFICE
US COURT OF APPEALS
FOR THE FIRST CIRCUIT
2007 APR 19 P 3: 12

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's summary judgment order is reversed, and the matter is remanded to the district court with instructions that summary judgment be entered in favor of RI, Inc., d/b/a Seating Solutions. Each side to bear its own costs.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 5/14/07

By the Court:

Richard Cushing Donovan, Clerk

[Certified copies to Hon. Leo T. Sorokin and Ms. Sarah Thornton, Clerk, United States District Court for the District of Massachusetts. Copies to Mr. Sullivan, Mr. Grillo & Mr. Klein.]