UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| TLT CONSTRUCTION CORP.<br>    Plaintiff | )<br>)<br>)<br>) |  |
| v. | ) | CIVIL ACTION NO. 05-CV-10223-DPW |
| SEATING SOLUTIONS RI, INC.<br>    Defendants | )<br>)<br>)<br>) |  |

**OBJECTION OF TLT CONSTRUCTION CORP.**

Now comes TLT Construction Corp. ("TLT") in response to the notice of May 31, 2007 (Exhibit A) and hereby objects to any further action by the Court. In support hereof, TLT states that litigants should always be at liberty to settle, compromise and dispose of claims on their own accord. In the case at bar that is precisely what happened. In reliance thereon TLT waived right to further Appellate process (such as a writ of certiorari) and in consideration thereof permitted Seating Solutions to withdraw substantial monetary sums that had been previously deposited to a joint escrow account in lieu of a supercedeas bond previously ordered by the Court. Accordingly, further action by the Court is not necessary and should be deemed barred by the doctrine of mootness.

                                                      TLT CONSTRUCTION CORP.
                                                      By its Attorneys,

                                                      s/ Patrick J. Sullivan
                                                      Patrick J. Sullivan, Esq., BBO# 548752
                                                      James G. Grillo, Esq., BBO# 638730
                                                      Heafitz & Sullivan
                                                      56 Chestnut Hill Avenue
                                                      Boston, MA 02135
                                                      (617) 562-1000

## Heafitz & Sullivan

**From:** ECFnotice@mad.uscourts.gov
**Sent:** Thursday, May 31, 2007 5:41 PM
**To:** CourtCopy@mad.uscourts.gov
**Subject:** Activity in Case 1:05-cv-10223-LTS TLT Construction Corp. v. Seating Solutions RI, Inc., Order

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

### United States District Court

### District of Massachusetts

## Notice of Electronic Filing

The following transaction was entered on 5/31/2007 at 5:41 PM EDT and filed on 5/31/2007
**Case Name:**     TLT Construction Corp. v. Seating Solutions RI, Inc.,
**Case Number:**   1:05-cv-10223
**Filer:**
**Document Number:** No document attached

**Docket Text:**
Judge Leo T. Sorokin : Electronic ORDER entered re [54] Stipulation of Dismissal filed by TLT Construction Corp. "On April 23, 2007, the United States Court of Appeals for the First Circuit issued its judgment on this matter. On May 14, 2007, the parties filed a stipulation of dismissal of all claims and counterclaims. The terms of this stipulation differ in some respects from the terms of the Mandate issued by the First Circuit on May 15, 2007, directing this Court to enter summary judgment in favor of defendant. Absent an objection from the parties with an argument explaining the basis for this Court's jurisdiction to act upon the stipulation, this Court will enter judgment in accord with the Mandate on June 8, 2007."(Tyler, Rebecca)


**1:05-cv-10223 Notice will be electronically mailed to:**
Patrick J. Sullivan Patrick@hsconstructionlaw.com
James G. Grillo james@hsconstructionlaw.com
Terry Klein tklein@hpvpc.com

**1:05-cv-10223 Notice will not be electronically mailed to:**